## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | SAMANTHA JO SHORT | Mag. Judge: | Maarten Vermaat |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-16-2 | 12/21/2023 | 10:35am - 10:59am | Marquette | |

**APPEARANCES:**

| Government: Paul Lochner | Defendant: Elizabeth LaCosse | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __ <br> Reading Waived ✓ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance <br> ✓ Arraignment: <br>    ✓ mute    __ nolo contendre <br>    __ not guilty   __ guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> ✓ Order Appointing Counsel <br> ✓ Other: <br> Bond and Order Setting Conditions | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br> __ Ordered   __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br><br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Defendant advised of her rights, the charges and penalties and stood mute.  The Court entered a not guilty plea on her behalf.  An initial pretrial and scheduling conference will be scheduled in about three weeks. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted: __Yes __No <br> Defendant informed of right to appeal: __Yes __No <br> Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ _____ Personal Recognizance |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**   D. Brown |