## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Charles Lester Knuckles, Jr. | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-00016-JTN | 1/2/2024 | 1:30 - 1:40 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Joel Scott Fauson | Defendant: Appeared w/out counsel (court to appoint) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- __ First Appearance
- ✓ Arraignment:
  - __ mute    __ nolo contendre
  - ✓ not guilty    __ guilty
- ✓ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary    (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of ____
- __ Consent to Mag. Judge for ____
- __ Other: ____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other: Rule 5 F Order

### CHANGE OF PLEA
Guilty Plea to Count(s) ____ of the ____
Count(s) to be dismissed at sentencing: ____

Presentence Report:
- __ Ordered    __ Waived
- __ Plea Accepted by the Court
- __ No Written Plea Agreement

### EXPEDITED RESOLUTION
- __ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Defendant appeared with Mr. Dan Fagan. Defense Counsel to file IPTC by the end of this week. Defendant to pay $300.00 monthly toward counsel.

### SENTENCING
- Imprisonment: ____
- Probation: ____
- Supervised Release: ____
- Fine: $ ____
- Restitution: $ ____
- Special Assessment: $ ____
- Plea Agreement Accepted:    __ Yes  __ No
- Defendant informed of right to appeal:    __ Yes  __ No
- Counsel informed of obligation to file appeal:  __ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond from EDMI | $ ____ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |